```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN                                              JS-6
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5       411 West Fourth Street, Suite 8000
         Santa Ana, CA 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7
    Attorneys for Defendant,
 8  Michael J. Astrue, Commissioner of
    Social Security
 9
```

10                    UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                              EASTERN DIVISION

| | | |
|---|---|---|
| 13 | RENEE C. CAMARENA o/b/o C.C. ) | No. ED CV 07-524-AN |
| 14 | Plaintiff,     ) | JUDGMENT OF REMAND |
| 15 | v.              ) | |
| 16 | MICHAEL J. ASTRUE,              ) | |
|    | COMMISSIONER OF SOCIAL          ) | |
| 17 | SECURITY,                       ) | |
| 18 | Defendant.     ) | |

19     The Court having received and approved Stipulation to Voluntary

20  Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

21     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall

22  be entered remanding this action to the Commissioner of Social

23  Security for further action consistent with the Stipulation for

24  Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g)

25  lodged concurrent with the lodging of the within Judgment.

26     DATED: January 15, 2008

                                   /s/   ARTHUR NAKAZATO
27                                 ─────────────────────────────
                                   UNITED STATES MAGISTRATE JUDGE
28

Presented by:

THOMAS. P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

　　　/s/ Marcus M. Kerner
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant